FILED

NOT FOR PUBLICATION

AUG 26 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-30100 |
| Plaintiff - Appellee, | D.C. No. 3:10-cr-00010-HRH-1 |
| v. | |
| RICKY ALAN REESE, AKA Ricky A. Reese, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Alaska
H. Russel Holland, Senior District Judge, Presiding

Argued and Submitted August 15, 2013
Anchorage, Alaska

Before:    **KOZINSKI**, Chief Judge, **BERZON** and **IKUTA**, Circuit Judges.

Reese admits he didn't see the allegedly defective notice before trial, and

doesn't allege he would have accepted a plea agreement but for the erroneous

sentencing information.  He therefore hasn't demonstrated that the alleged error

---

*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

"affected substantial rights." <u>United States</u> v. <u>Gonzalez-Aparicio</u>, 663 F.3d 419, 428 (9th Cir. 2011).

**AFFIRMED**